# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH WAYNE JONES,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 78667

FILED

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal. Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. *See* NRAP 42(b). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]The district court order attached to the notice of appeal is an order denying a postconviction petition for a writ of habeas corpus entered in district court case number A-18-779986-W, which is already on appeal in Docket No. 78668.

19-23927

cc: Hon. Eric Johnson, District Judge
Gregory & Waldo, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Joseph Wayne Jones

SUPREME COURT
OF
NEVADA

(O) 1947A